1 | VALENTI LAW APC
2 | Matt Valenti, Esq. (State Bar No. 253978)
3 | E-mail: mattvalenti@valentilawapc.com
4 | 10174 Austin Dr. #1116
  | Spring Valley, CA 91979
  | Phone: (619) 540-2189

Attorney for Plaintiff Ahmed Al-Kubaisi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL-KUBAISI, | Case No.: 2:25-cv-2012-CSK |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| A PLUS K; WILLETT LAND COMPANY, INC.; and DOES 1-10, | |
| Defendants. | |

NOTICE OF SETTLEMENT - 1

1  Plaintiff Ahmed Al-Kubaisi hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense and further the interests of judicial economy. Plaintiff therefore applies to this Honorable Court to vacate all currently set dates with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

Respectfully submitted,

DATED: October 28, 2025                    VALENTI LAW APC


                                    By:  */s/ Matt Valenti*
                                         Matt Valenti, Esq.
                                         Attorney for Plaintiff
                                         Ahmed Al-Kubaisi