1  VALENTI LAW APC
2  Matt Valenti, Esq. (SBN 253978)
   10174 Austin Drive #1116
3  Spring Valley, CA 91979
   Phone: (619) 540-2189
4  Email: mattvalenti@valentilawapc.com
5
   Attorney for Plaintiff Ahmed Al-kubaisi
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AHMED AL-KUBAISI, | Case No.: 2:25-cv-2012-CSK |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |
| A PLUS K; WILLETT LAND COMPANY, INC.; and DOES 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), the parties hereby dismiss this action WITH prejudice as to all parties.

Respectfully submitted,

DATED: January 12, 2026	VALENTI LAW APC

By: */s/ Matt Valenti*
Matt Valenti
Attorney for Plaintiff
Ahmed Al-kubaisi

DATED: January 12, 2026	LAW OFFICE OF RICK MORIN, PC

By: */s/ Rick Morin*
Rick Morin, Esq.
Attorney for Defendants
A Plus K and
Willett Land Company, Inc